RECEIVED
FEB 16 2005
AT 8:30 _____
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------X

JOAN FARESE                                   Case No. 03-2501 (GEB)

        Plaintiff,

     v.

AVAYA, INC., et al.,

        Defendants.

------------------------------------X

**Notice of Call For Dismissal Under Civil Rule 41.1**

PLEASE TAKE NOTICE that the above-referenced case, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on **March 14, 2005 at 10:00 a.m.** unless good cause is shown on or prior to that date for failure to do so.

                        WILLIAM T. WALSH, CLERK

                      BY   S/Daniel P. Murphy
                             Deputy Clerk

Dated: 2/16/05

To:    FRANKLYN C. STEINBERG, ESQ.
       KEVIN C. DONOVAN, ESQ.