# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, NJ 07102-3107   Tel: (973) 624-0800   Fax: (973) 624-0808

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London*
*Limited Liability Partnership of NY*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

February 24, 2005

Clerk, United States District Court
District of New Jersey
402 East State Street
Room 2020
Trenton, New Jersey 08608

RECEIVED
FEB 2 8 2005
AT 2:30
WILLIAM T. WALSH
CLERK

    Re:    **Farese v. Avaya Inc.**
           **Case No. 03-2501 (GEB)**

Dear Clerk:

    This responds to the February 16, 2005 Notice of Call for Dismissal Under Civil Rule 41.1, received in this office on February 22, 2005. Please note that this matter was dismissed, in its entirety and with prejudice, upon defendants' Motion for Summary Judgment. A copy of the Court's Order, dated October 14, 2004, is enclosed.

    Very truly yours,

    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

    Kevin C. Donovan

KCD:dw
encl

cc:    Franklyn C. Steinberg, III, Esq. (w/o encl.)

392599.1